[No. 36237-6-II.   Division Two.   September 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID T. GANNON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 06-1-00370-8, Gordon Godfrey, J., entered April 16, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 36342-9-II.   Division Two.   September 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DELMAR LOUIS GUCENE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-1-00291-8, Jay B. Roof, J., entered April 18, 2007. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 36447-6-II.   Division Two.   September 3, 2008.]

RICHARD C. EWAN III, ET AL., *Respondents*, v. LYNWOOD M. PELOT, JR., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-06769-5, Rosanne Buckner, J., entered May 15, 2007. *Affirmed in part* and *reversed in part* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 59180-1-I.   Division One.   September 8, 2008.]

*In the Matter of the Personal Restraint of* JEFFERY COLLINS, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished opinion per Schindler, C.J., concurred in by Agid and Becker, JJ.